JOAN R. MURPHY, Adm'r of the Estate of ROBERT T. MURPHY, Deceased, Plaintiff-Appellant, *v.* JAMES B. HOOK, Defendant-Appellee.—(ALL-STATE INSURANCE COMPANY, Garnishee.)

(No. 73-255;

Second District (2nd Division)—January 27, 1975.

Opinion by Mr. JUSTICE T. MORAN.

John A. Leemon, of Mt. Carroll, for appellant.

Hinshaw, Culbertson, Moelmann, Hoban & Fuller, of Chicago, for appellee.